**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-7338**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

BILLY R. MCCULLERS, JR.,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:07-cr-00049-RBS-JEB-1)

---

Submitted:  August 30, 2022      Decided:  September 8, 2022

---

Before NIEMEYER and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Billy R. McCullers, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals the district court's order granting in part and denying in part his motions for a sentence reduction and for compassionate release under 18 U.S.C. § 3582(c), as amended by the First Step Act of 2018. After reviewing the record, we conclude that the district court did not abuse its discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review for § 3582(c)(1)(A)(i) motion), *cert. denied*, 142 S. Ct. 383 (2021); *United States v. Jackson*, 952 F.3d 492, 497 (4th Cir. 2020) (reviewing ruling on motion under § 3582(c)(1)(B) for abuse of discretion). Accordingly, we affirm the district court's order. *United States v. McCullers*, No. 4:07-cr-00049-RBS-JEB-1 (E.D. Va. Aug. 27, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*